PHILIPPA LAUBEN 186153
7996 CALIFORNIA AVENUE
FAIR OAKS, CA 95628
Telephone (916) 535-7700
Facsimile (916) 535-7707

Attorney for Debtor



FILED

99 APR 26 PM 1:58

CLERK, U.S BANKRUPTCY CT.
EASTERN DIST. OF CA.
SACRAMENTO, CA

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re:

Edward Bjorum

Debtor.

Case No.: 99-21357-A-13

**Opposition to Harvey's Resort Hotel and Casino's Objection to Confirmation of Chapter 13 Plan**

MCN: RJY-01
Date: May 4, 1999
Time: 2:00 p.m.
Courtroom: 28

**TO ALL PARTIES IN INTEREST:**

COMES NOW DEBTOR, EDWARD BJORUM, by and through his attorney of record, Philippa Lauben, and opposes the Harvey's Resort Hotel and Casino's (hereinafter referred to as "Creditor") Objection to Confirmation. Creditor argues that Debtor's plan is not his best efforts, that the plan is not in the best interest of Creditors, the Plan has not been proposed in good faith, and that the Debtor lacks regular income.

Debtor responds as follows:

1. Debtor objects to Creditor's objection to confirmation, as Debtor was not provided sufficient notice to respond, as required under the Federal Bankruptcy Code. Debtor received a copy of Creditors Objection on April 22, 1999. The Proof of Service to the attached Motion was dated April 21, 1999. The Hearing on the above entitled motion is scheduled for May 4, 1999. This provides, at most, 13 days notice to Debtor, which is insufficient notice under the Code. However Debtor chooses to offer the following in response to the objection brought by Creditor.

2. <u>Debtor's plan is not his best efforts:</u> Creditor argues that Debtor's expenses are too high and his income is incorrectly stated in the schedules. This is very vague. Creditor does not provide any information as to which expenses stated are deemed too high. Upon review of the expenses, Debtor does not believe that there are any expenses which are too high, and has provided the Court with a list of his minimal requirements for support and maintenance. As to the potential income of Debtor, Debtor has resolved this issue to the best of his ability. He has provided to the Court a statement regarding new employment and total income for both of his current jobs. Debtor has further amended his schedules to reflect his new employment.

3. <u>The Plan is not in the best interest of Creditors</u>: Creditor argues that Debtor's plan fails liquidation. Again, Creditor offers only speculation as to why the plan fails liquidation, but suggests that Debtor's home is worth more than listed. Creditor also suggests that Debtor has hidden assets. Creditor provides no documentation as to any of these arguments. As to Debtor's residence, if Debtor's home were worth more than listed, Debtor could modify his plan to use his homestead exemption, which could allow him as much as $50,000 in exemptions. Switching the Exemptions from 703's to 704's would still protect all of Debtor's assets, except the claim against the Business Venture. Debtor reiterates that the grounds for Creditor's objections are speculative and therefore impossible to respond to, however, even were Creditor to pursue this avenue at a later date, Debtor affirms that his filed schedules are accurate. If there were some discrepancy, given the nature of the unused exemptions, Creditor would be unable to successfully argue that the plan fails liquidation. As to Creditor's speculation that Debtor has hidden assets, Debtor refers Creditor to his schedules.

PHILIPPA LAUBEN 186153
ATTORNEY AT LAW
7996 CALIFORNIA AVENUE
FAIR OAKS, CA 95628

Debtor has listed all of his assets. Creditor needs to provide documentation to support this speculation and to allow Debtor to properly respond. To suggest that there are assets which are not listed, but not state what or where those assets are, does not provide sufficient notice to Debtor to respond to the objection. Further, the objection should not be allowed as it is only speculative.

4. <u>The Plan has not been proposed in good faith</u>: Creditor again argues that there are hidden assets. Debtor refers the Court to argument Number 3. This is purely speculative and as such provides no notice to Debtor as to what the objection is based on. Further, without some form of documentation as to the "hidden assets", the objection can not be allowed by the Court. Furthermore, Creditor argues that Debtor should not be able to discharge an obligation in a Chapter 13, that would be non-dischargeable in a Chapter 7. Debtor responds with the suggestion that Creditor take his argument to Congress. Current Bankruptcy Legislation allows just this sort of discharge, and in fact is intended to protect parties such as the Debtor from Creditors such as Harvey's. Any objection based on the inappropriateness of the current Bankruptcy Code should be taken up with Congress, as the 9th Circuit has consistently upheld this type of discharge.

5. <u>The Debtor lacks regular income</u>: This argument was addressed in paragraph 2. However, Debtor has provided a statement regarding his income, has amended his income and expenses to reflect his new employment, and provided this information to the Trustee at the continued 341 Meeting of the Creditors on April 8, 1999.

//

//

PHILIPPA LAUBEN 186153
ATTORNEY AT LAW
7996 CALIFORNIA AVENUE
FAIR OAKS, CA 95628

WHEREFORE, Debtor requests that the Court deny Creditor's Objection to Confirmation, and allow Debtor's plan to proceed with Confirmation.

Dated this 26th day of April, 1999

_____
Philippa Lauben
Attorney for Debtor

Opposition to Objection to Confirmation - 4

PHILIPPA LAUBEN 186153
ATTORNEY AT LAW
7996 CALIFORNIA AVENUE
FAIR OAKS, CA 95628

Good Morning!

    My Wages @ Robertson
Fixture Cabinets are $800 per wk
and will net me approximately
$620 per wk

    The band will gross $260 per wk
and will net me approximately
$220 per wk

    The Total Being $880
per wk.

    Robertson Cabinet & Fixtures
    16 A Kit Kat Dr
    Carson City NV
               89707

    Thanks Ed Bjorum

p.s. Any new expenses, i.e. Health
Insurance will be taken out
of my check from Robertson

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In Re } Case No. 00-21357-A-13
}
Edward Bjorum }
}
}
}
Debtor }
_____}

Attached hereto are the following amended documents (check all that apply):

{ } Petition
{ } Creditor Matrix
{ X} Schedules (circle appropriate letters)
    A   B   C   D   E   F   G   H   (I)   (J)
{ } Summary of Schedules
{ } Statement of Intention
{ } Statement of Financial Affairs
{ } List of 20 Largest Unsecured Creditors
{ } List of Equity Security Holders
{ } Other:_____

Purpose of amendment (check all that all apply):

{ } To add creditors or to correct creditor names and addresses $20.00 filing fee: { } required { } not required
{ } To add or correct information other than creditor names and addresses (please specify):_____
{ } Other:_____

Dated: 4-26-99    Attorney's Signature:_____
                     Philippa Lauben #186183
                     7996 California Avenue #D
                     Fair Oaks, CA 95628

DECLARATION BY DEBTOR

I(WE), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of __4__ pages, is true and correct to the best of my (our) information and belief.

Dated:

_____     _____
Debtor's Signature                          Joint Debtor's Signature

In re: EDWARD HARLOD BJORUM  
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

Case No. 99-21357-A-13

# Amended Schedule I - Current Income Of Individual Debtor(s)

| Debtor's Marital Status: **DIVORCED** | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Debtor's Age: **52** <br> Spouse's Age: | NAMES <br> **NONE** | AGE | RELATIONSHIP |
| EMPLOYMENT: | DEBTOR | SPOUSE | |
| Occupation | **CONTRACTOR** | | |
| How long employed | | | |
| Name and Address of Employer | **ROBERTSON CABINET & FIXTURES** <br> **16 A KIT KAT DRIVE** <br> **CARSON CITY, NV 89707** | | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 3,440.00 | $ |
| Estimated monthly overtime | $ 0.00 | $ |
| SUBTOTAL | $ 3,440.00 | $ |
| LESS PAYROLL DEDUCTIONS | | |
| a.) Payroll taxes and social security | $ 774.00 | $ |
| b.) Insurance | $ 225.00 | $ |
| c.) Union dues | $ 0.00 | $ |
| d.) Other | | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 999.00 | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 2,441.00 | $ |
| Regular income from operation of business, profession or farm (attach detailed statement) | $ 1,118.00 | $ |
| Income from real property | $ 0.00 | $ |
| Interest and dividends | $ 0.00 | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ |
| Social security or other government assistance (Specify) | $ 0.00 | $ |
| Pension or retirement income | $ 0.00 | $ |
| Other monthly income (Specify) | $ 0.00 | $ |
| TOTAL MONTHLY INCOME | $ 3,559.00 | $ |

TOTAL COMBINED MONTHLY INCOME     $     3,559.00

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

    **NONE**

Schedule I - Page 1

In re: EDWARD HARLOD BJORUM                                             Case No. 99-21357-A-13
       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

# Amended Schedule J - Current Expenditures Of Individual Debtor(s)

[ ] Check this box if a joint petition is filed and debtor's spouse maintains a separate
    household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,150.39 |
|     Are real estate taxes included?   [ ] Yes  [x] No | | |
|     Is property insurance included?   [ ] Yes  [x] No | | |
| Utilities: Electricity and heating fuel | $ | 85.00 |
|     Water and sewer | $ | 30.00 |
|     Telephone | $ | 200.00 |
|     Other: CABLE TV | $ | 32.00 |
|         GARBAGE | $ | 44.52 |
| Home Maintenance (Repairs and upkeep) | $ | 0.00 |
| Food | $ | 350.00 |
| Clothing | $ | 60.00 |
| Laundry and dry cleaning | $ | 80.00 |
| Medical and dental expenses | $ | 90.00 |
| Transportation (not including car payments) | $ | 175.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments): | | |
|     Homeowner's or renter's | $ | 0.00 |
|     Life | $ | 0.00 |
|     Health | $ | 0.00 |
|     Auto | $ | 80.09 |
|     Other: | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) VEHICLE | $ | 25.00 |
| Installment payments (In chapter 12 & 13 cases, do not list payments to be included in the plan) | | |
|     Auto | $ | 0.00 |
|     Other: | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach stmt) | $ | 0.00 |
| Other: HAIRCUTS | $ | 20.00 |
|     Overnight in Nevada | $ | 150.00 |
|     Self-Employment Taxes | $ | 387.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | $ | 2,959.00 |

Schedule J - Page 1

In re: EDWARD HARLOD BJORUM
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

Case No. 99-21357-A-13

# Schedule J - Current Expenditures Of Individual Debtor(s)

(FOR CHAPTER 12 and 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A. Total projected monthly income | $ | 3,559.00 |
| B. Total projected monthly expenses | $ | 2,959.00 |
| C. Excess income (A minus B) | $ | 600.00 |
| D. Total amount to be paid into plan   Monthly | $ | 600.00 |

Schedule J - Page 2

Good Morning!

My Wages @ Robertson
First over Cabinets are $700 per wk
and will net me approximately
$520 per wk

The band will gross $260 per wk
and will net me approximately
$170 per wk

The Total Being $880
per wk.

Robertson Cabinet & Fixtures
16 A Kit Kat Dr.
Carson City NV
89701

Thanks Ed Bjorum

p.s. Any new expenses, i.e. Health
Insurance will be taken out
of my check from Robertson

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re:               ) Case No.: 99-21357-A-13
                     )
Edward Bjorum        ) **Proof of Service**
                     )
                     ) Date: May 4, 1999
                     ) Time: 2:00 p.m.
       Debtor.       ) Courtroom: 28
                     )
_____)

CERTIFICATE OF SERVICE

The undersigned declares as follows:

That I am a citizen of the United States, over the age of 18 years, and not a party to the within cause. My business address is 7996 California Avenue, Suite D, Fair Oaks, Ca 95628.

That on April 26, 1999, I served the **Amendments of Schedles I and J** by depositing a true copy thereof enclosed in a sealed envelope with the postage thereon full prepaid, in the United States mail at Fair Oaks, CA 95628. Addressed as follows:

Office of the United States Trustee
501 "I" Street
Suite 7-500
Sacramento, Ca 95814-2322

Lawrence J. Loheit
P.O. Box 1858
Sacramento, Ca 95812

Edward H. Bjorum
1908 Mojave St.
Tahoe Paradise, Ca 96155

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at Fair Oaks, California.

_____
DECLARANT

Proof of Service

PHILIPPA LAUBEN 186153
ATTORNEY AT LAW
7996 CALIFORNIA AVENUE
FAIR OAKS, CA 95628